UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GLEN E. LAWSON, | ) |
|        Plaintiff | ) ) ) |
| v. | ) Civil No. 07-149-B-W |
| OFFICER FLORENCE HARRELSON, et al., | ) ) ) ) |
|        Defendants | ) |

**O R D E R**

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983, and seeks leave to proceed in forma pauperis. Plaintiff's Application to Proceed In Forma Pauperis is incomplete, in that it has not been signed under oath of perjury. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... obtained from the appropriate official of each prison at which [he] is or was confined") (emphasis added).

The Clerk is hereby directed to forward a form Application to Proceed *In Forma Pauperis*, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file an Amended Application to Proceed *In Forma Pauperis*, or pay the filing fee of $350, no later November 1, 2007, failing which the matter shall be dismissed for lack of prosecution.

*SO ORDERED*

October 1, 2007                                    /s/ Margaret J. Kravchuk
                                                              U.S. Magistrate Judge