UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GLEN E. LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CV-07-149-B-W |
| v. | ) | |
| | ) | |
| OFFICER FLORENCE HARRELSON, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 29, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendants' Motions for Summary Judgment (Docket #'s 31 and 32) be and hereby are GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2008