UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GLEN E. LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-07-149-B-W |
| | ) | |
| OFFICER FLORENCE HARRELSON, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING LETTER MOTION FOR RELIEF FROM JUDGMENT**

On September 19, 2008, the Court affirmed the magistrate judge's Recommended Decision in which she recommended the Court grant the Defendants' Motion to Dismiss Glen Lawson's complaint filed under 42 U.S.C. § 1983 for an alleged violation of his constitutional rights. *Order Affirming the Recommended Decision of the Magistrate Judge* (Docket # 41). On September 22, 2008, Judgment was entered on the Order in favor of the Defendants and against the Plaintiff. *J.* (Docket # 42). On September 23, 2008, Mr. Lawson objected by letter and on September 29, 2008 the Court ruled in the alternative, striking the letter as untimely if construed as an objection to the magistrate judge's Recommended Decision, affirming its Order Affirming the Recommended Decision if the letter were construed as timely, and denying the objection if the letter were construed as a post-judgment motion. *Order on Objection to Order Affirming Recommended Decision* (Docket # 44) (*Order*).

On October 3, 2008, Mr. Lawson filed a letter stating that he would like to file a post-judgment motion for relief. *Letter Mot. for Order for Relief from J.* (Docket # 45) (*Letter Mot.*). The Court construes this letter to be a motion for relief under Fed. R. Civ. P. 60(b). In its September 29, 2008 Order, the Court anticipated that Mr. Lawson's September 23, 2008

Objection might be a Rule 60(b) motion and noted that if so, "the result is the same." *Order* at 3 n.1.  Mr. Lawson's recent filing does nothing to change the merits of his claim.  He asserts that if he were granted "a chance to get out, and go to my house and present my paperwork and also contact my credible witnesses," he could demonstrate that the claim is meritorious.  *Letter Mot.* at 1.  In ruling on the motion for summary judgment, the Court must address the facts the parties actually placed before the Court, not speculate about what might have been proven.  Mr. Lawson's motion for relief from judgment fails to provide a basis for relief under Rule 60(b).  Fed. R. Civ. P. 60(b).

The Court DENIES the Plaintiff's Letter Motion for Order for Relief from Judgment (Docket # 45).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2008